F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 0 7 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'08 - CV - 01360**

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

MICKEY MANAWAY: Secured Party/Creditor,

    Plaintiff,

v.

STATE OF COLORADO,

    Defendant.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted documents titled "Re: Exparte/Order for Release" and a

"Writ of Assistance Petition For." He has failed either to pay the $350.00 filing fee or to

file a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. As part

of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that

the submitted documents are deficient as described in this order. Notwithstanding the

deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff

will be directed to cure the following if he wishes to pursue his claims. Any papers

which the Plaintiff files in response to this order must include the civil action number on

this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)   <u>X</u>   is not submitted
(2)   ___   is not on proper form (must use the court's current form)
(3)   ___   is missing original signature by Plaintiff
(4)   ___   is missing affidavit

| (5) |   __ | affidavit is incomplete |
| (6) |   __ | affidavit is not notarized or is not properly notarized |
| (7) |   __ | names in caption do not match names in caption of complaint, petition or application |
| (8) |   __ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) |   X | other: <u>motion is necessary only if filing fee is not paid in advance.</u> |

**Complaint or Petition**:

| (10) |   __ | is not submitted |
| (11) |   X | is not on proper form (must use the court's current form) |
| (12) |   __ | is missing an original signature by the Plaintiff |
| (13) |   __ | is incomplete |
| (14) |   __ | uses et al. instead of listing all parties in caption |
| (15) |   __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) |   __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) |   __ | names in caption do not match names in text |
| (18) |   __ | other _____ |

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following form(s): Motion and Affidavit for Leave

to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, action will be

dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this **27th** day of _June_ , 2008.

BY THE COURT:

_Boyd N. Boland_
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '08 - CV - 01360

Mickey Manaway
PO Box 2000
Burlington, CO 80807

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Complaint forms** to the above-named individuals on_6/27/08_

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk